IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS E. SOIKE,

      Plaintiff,                      No. CIV S-07-00231 LKK DAD PS

      v.

EL DORADO COUNTY, et al.,        ORDER

      Defendants.

_____/

      This matter is set for a Status (Pretrial Scheduling) Conference on June 8, 2007, at 11:00 a.m. The court has considered plaintiff's request to continue the Status (Pretrial Scheduling) Conference but finds it necessary to hold a status conference at this time. Accordingly, IT IS ORDERED that plaintiff's June 4, 2007 request to continue is denied.

DATED: June 5, 2007.

                                /s/ Dale A. Drozd
                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.prose\soike0231.reqcont.den