IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS E. SOIKE,

    Plaintiff,                     No. CIV S-07-0231 LKK DAD PS

    v.

EL DORADO COUNTY, et al.,        ORDER

    Defendants.
_____/

        This matter came before the court on June 8, 2007, for Status (Pretrial Scheduling) Conference. Plaintiff, proceeding pro se, appeared on his own behalf and requested that this action be dismissed without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff's request will be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed, and the Clerk of the Court is directed to close the case.

DATED: June 8, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:jp/kw
ddad1/orders.prose/soike0231.voldism